IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CYNTHIA DUBEC,
    Plaintiff,

vs.                                    CASE NO. 3:06cv433/LAC/MD

MICHAEL J. ASTRUE,[1]
Commissioner of Social Security,
    Defendant.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 18, 2007.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    The Commissioner's decision denying benefits is REVERSED.

3.    This case is remanded to the Commissioner of Social Security who shall refer the case to the ALJ for further proceedings consistent with the Report and Recommendation of the magistrate judge.

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, he will bve substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.

4.	This court will retain jurisdiction and the Commissioner shall file a status report no later than ninety (90) days from the date of this order, and every thirty (30) days thereafter, until the matter is resolved.

**DONE AND ORDERED** this 24th day of July, 2007.


*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**