IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CYNTHIA DUBEC,
    Plaintiff,

v.       3:06cv433/LAC/MD

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 19, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The plaintiff's motion for attorney fees under the Equal Access to Justice Act (doc. 21) is granted as set forth below.

    3.    Plaintiff's counsel, Kimberly J. Syfrett, Esquire is entitled to recover reasonable fees for representing plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); attorney fees of

$5,200.00 under the EAJA are reasonable and the Commissioner is directed to pay counsel that amount.

DONE AND ORDERED this 11th day of December, 2007.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**